B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Middle District of Florida, Ft. Myers Division

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**Royal Public Fort Myers II, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**16-1719055** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**10015 Via Colomba Cir**<br>**Fort Myers, FL**<br>ZIP Code **33966** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Lee** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**1605 S. State St., Suite 112**<br>**Champaign, IL**<br>ZIP Code **61820** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Type of Debtor
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

## Nature of Business
(Check one box)

- ☐ Health Care Business
- ■ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

## Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

## Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

## Chapter 11 Debtors

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

## Statistical/Administrative Information

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

### Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

### Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

### Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Royal Public Fort Myers II, LLC |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>   Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Royal Public Fort Myers II, LLC |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

X *[signature]*
Signature of Attorney*
Signature of Attorney for Debtor(s)

**Daniel R. Fogarty, Bar No. 0017532**
Printed Name of Attorney for Debtor(s)

**Stichter, Riedel, Blain & Prosser, P.A.**
Firm Name

**110 E. Madison St.
Suite 200
Tampa, FL 33602**
Address

**(813) 229-0144 Fax: (813) 229-1811**
Telephone Number

4/19/11
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**See attached**
Printed Name of Authorized Individual

_____
Title of Authorized Individual

4/19/11
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re  Royal Public Fort Myers II, LLC                                    Case No. _____
                              Debtor(s)

 

Royal Public Fort Myers II, LLC

By:    Royal Public Fort Myers II Manager, LLC
       Its Manager

By:    _____/s/_____
       Michael J. Henneman, Manager

and

By:    _____/s/_____
       Rodrick L. Schmidt, Manager

Atkins Six Mile Cypress Partnership
c/o Mr. Clint Atkins
2805 S. Boulder Dr.
Urbana, IL 61802

Atkins Six Mile Cypress Partnership
c/o Spencer Atkins
2805 S. Boulder Dr.
Urbana, IL 61802

Barbara and Edward Knepper
14222 Poplar Grove Rd.
Hagerstown, MD 21742

Ben Brooks & Associates Inc
Employees Retirement
4425 N. 24th St., #125
Phoenix, AZ 85016

Brian Rodgers and Jason Eubanks
10046 Via Colomba Circle, Unit 106
Fort Myers, FL 33966

Bruce & Claire Campbell
10044 Parker Lake Circle
Navarre, FL 32566

Bruno and Teresa Fontana
163 Independence Dr.
Lockport, NY 14094

Busey Bank
201 W. Main St.
Urbana, IL 61801

Busey Bank
c/o Donald Kirk, Esq.
P.O. Box 1567
Fort Myers, FL 33901

C Todd Atkins
2505 S. Boulder Dr.
Urbana, IL 61802

Carlos Nieto
2906 Valleybrook South
Champaign., IL 61822

Chris and Suzanne Edwards
814 Grey Alder Ct.
Waterloo Ontario N2V2P2
CANADA

Creg McDonald
2704 ValleyBrook South
Champaign, IL 61822

Dale and Janet Uhl
10057 Via Colomba Circle, Unit 206
Fort Myers, FL 33966

David Diana Revocable Trust
988 Blvd. of the Arts
Sarasota, FL 32436

David Mills
3112 Sandhill Lane
Champaign, IL 61822

Dean A. Weber
1924 Coachman Dr.
Waterloo, IA 50701

Deborah Hicken & Marsha Horth
2075 Niagara Pkwy
Fort Erie Ontario L2A5MA
CANADA

Dennis and Cathleen Marek
394 W. 7000 S. Rd.
Chebanse, IL 60922

Dennis Smith
305 Neptunes Bight
Naples, FL 34103

Douglas and Carlene Russell
1840 Aiken Rd.
Shelbyville, KY 40065

Fox Ventures LLC,
Petre Fox, Sole Member
1909 Fox Dr.
Champaign, IL 61820

Frasca International Inc.
906 E. Airport Rd.
Urbana, IL 61802

Gary and Paula Glowish
19 Spindrift Court, #8
Buffalo, NY 14221

George and Sheri Peterson
2410 Prairie Ridge Place
Champaign, IL 61822

Hank and Brenda DaBruzzi
P.O. Box 28583
Saint Paul, MN 55128

Harry and Clare Apolito
48 Woodbury Dr.
Lockport, NY 14094

Henneman Family, LLC
1605 S. State St. #112
Champaign, IL 61820

James and Olivia Beams
1404 Robertson Dr.
Crestwood, KY 40014

Jeff and Tara Swearingen
805 Deer Run Dr.
Mahomet, IL 61853

Jeff and Tara Swearingen
c/o Jason Himschoot, Esq.
12140 Carissa Commerce Ct., #200
Fort Myers, FL 33966

Jeff Bernier
c/o Gregory W. Stoner, Esq.
121 S. Orange Ave., #1470
Orlando, FL 32801

Joel W. Menscher
10046 Via Colomba Circle, Unit 101
Fort Myers, FL 33966

John and Nancie Burke
9 Melody Lane
Clinton, NJ 08809

John Russo
602 N. Country Fair Dr.
Champaign, IL 61820

Joseph & Kathleen Summers
2721 E. Plantation Pt.
Urbana, IL 61802

Joseph and Beatrice Loiacano
118 Windermere Rd.
Lockport, NY 14094

Joseph and Kathleen Summers
2721 E. Plantation Pt.
Urbana, IL 61802

Joseph Lamb
3101 Glenhill Pl
Champaign, IL 61825

Keeling Family Ltd Partnership
1624 Cobblefield
Champaign, IL 61822

Kurt and Carolyn Jacob
425 McCray Blvd.
Springboro, OH 45066

Laksbmi and Vani Sundar
3525 SW Racquet Club Way
Palm City, FL 34990

Lance & Natalia McCartney
5276 Sever Ave., #114
Fort Dix, NJ 08640

Lee County Tax Collector
P.O. Box 1609
Fort Myers, FL 33902

Leonard and Rebecca Smith
10035 Via Colomba Circle, Unit 102
Fort Myers, FL 33966

Liautaud Development Group
2212 Fox Dr.
Champaign, IL 61820

Lorraine M. Rubino
10046 Via Colomba Circle, Unit 104
Fort Myers, FL 33966

Marabella on Cypress Condominium
Association. Inc.
c/o Professional Realty Consultants
P.O. Box 100831
Cape Coral, FL 33910

Mark and Barbara Leichtnam
4808A Cambridge Dr.
Lockport, NY 14094

Michael Clutts
P.O. Box 956
Murphysboro, IL 62966

Michael Leyba and Joshua Patrick
3719 Winkler Ave., #1415
Fort Myers, FL 33916

Mr. and Mrs. Rodney Poole
1607 Mullikin Dr.
Champaign, IL 61822

O'Brien Transport Inc
4150 Highway 30
St. Gabriel, LA 70776

Patricia L. Johnson Trustee
14048 Castle Hill Way
Fort Myers, FL 33919

Ralph Henneman Trust
1106 Country Lane
Champaign, IL 61821

Randall and Kathy Huizinga
1848 100th St.
Byron Center, MI 49315

Richard & Anne Halpern
28733 Megan Dr.
Bonita Springs, FL 34135

Richard V. Bieller
10046 Via Colomba Circle, Unit 102
Fort Myers, FL 33966

Rita Henneman Trust
1106 Country Lane
Champaig, IL 61821

Robert Marolda
24 Weil Place
Cresskill, NJ 07626

Roger & Sheryl Marsh
1104 Country Lane
Champaign, IL 61821

Roy and Debra Malkin
10013 Via Colombia Circle, Unit 104
Fort Myers, FL 33966

Ruby Jean Whitsitt, Trustee
156 Woodlake Rd.
Seymour, IL 61875

Schmidt Family Investments LLC
3755 Crayton Rd.
Naples, FL 34103

Schulke Family Trust
c/o Scott and Patricia Schulke
19345 E. River Rd.
Columbia Station, OH 44028

Siavash & Armelle Daneshmand
16030 Thorn Wood Dr.
Fort Myers, FL 33908

Thad and Lorelia Cook
51935 Copperfield Ct.
Granger, IN 46530

Thomas Whennen
10032 Orchid Ridge Lane
Bonita Springs, FL 34135

Troy Link
Highway South 53
One Snack Food Lane
Minong, WI 54859

Vi Siewert & Van Phung
4536 SE 11th Ave.
Cape Coral, FL 33904

William Lugo
10035 Via Colomba Circle, Unit 204
Fort Myers, FL 33966

Willilam Geddes
P.O. Box 168
Whittier, NC 28789